THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PORT OF EVERETT,<br><br>　　　　　Defendant. | CASE NO. C22-0745-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　The parties' stipulation (Dkt. No. 6) is GRANTED. The deadline for Defendant to plead or otherwise respond is October 26, 2022.

　　　DATED this 2nd day of August 2022.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C22-0745-JCC
PAGE - 1